IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ANGELO J. HODGES**                                                                             **PETITIONER**

**VS.**                    **CASE NO. 4:15CV00534 JLH/PSH**

**JOHN FELTS, Chairman,**
**Arkansas Parole Board**                                                                       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 28th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE